UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20209-CIV-LENARD/O'SULLIVAN

**AIDA ODALYS MARICHAL,**

    Plaintiff,

**v.**

**ANDREW SAUL,**
**Commissioner of Social Security,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 27), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 19), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (D.E. 20), AFFIRMING THE COMMISSIONER'S DECISION, AND CLOSING CASE**

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge John J. O'Sullivan, ("Report," D.E. 27), issued December 17, 2020, recommending that the Court deny Plaintiff Aida Odalys Marichal's Motion for Summary Judgment, (D.E. 19), grant the Commissioner's Motion for Summary Judgment, (D.E. 20), and affirm the Commissioner's decision. Plaintiff filed Objections on December 31, 2020, (D.E. 28), to which the Commissioner did not respond. Upon de novo review of the Report, Objections, and the record, it is **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of the Magistrate Judge (D.E. 27) issued December 17, 2020 is **ADOPTED**;

    **2.**    Plaintiff's Motion for Summary Judgment (D.E. 19) is **DENIED;**

**3.** The Commissioner's Motion for Summary Judgment (D.E. 20) is **GRANTED**;

**4.** The Commissioner's decision is **AFFIRMED**;

**5.** **FINAL JUDGMENT** will be entered by separate docket entry;

**6.** All pending motions are **DENIED AS MOOT**; and

**7.** This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of March, 2021.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**